# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER YOUNG,** | : | CIVIL NO. 1:18-CV-879 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **TAMMY FERGUSON,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 22nd day of November, 2019, upon consideration of plaintiff's second motion (Doc. 44) for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1), and the court having previously denied a similar motion for appointment counsel (Doc. 42), and the court finding that since the entry of that order, plaintiff has continued to demonstrate a reasonable ability to litigate this action *pro se*, and that his latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel, see Tabron v. Grace, 6 F.3d 147, 153, 155-57 (3d Cir. 1993), and, furthermore, the court noting that it does not have a large group of attorneys who would represent this action in a *pro bono* capacity, and that district courts have broad discretion to determine whether to appoint counsel

under 28 U.S.C. § 1915, it is hereby ORDERED that the motion (Doc. 44) is DENIED without prejudice. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania