# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER YOUNG,** | **CIVIL NO. 1:18-CV-879** |
| **Plaintiff** | **(Chief Judge Conner)** |
| v. | |
| **TAMMY FERGUSON,** *et al.*, | |
| **Defendants** | |

## ORDER

AND NOW, this 22nd day of November, 2019, upon consideration of plaintiff's motion (Doc. 49) to strike defendants' reply brief in support of their motion for summary judgment, wherein he argues that the reply brief was untimely filed, and the court finding that defendants' reply brief was timely filed,[1] see L.R. 7.7 (providing that "[a] brief in reply to matters argued in a brief in opposition may be filed by the moving party within fourteen (14) days after service of the brief in opposition"), it is hereby ORDERED that the motion (Doc. 49) to strike is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] On June 17, 2019, plaintiff filed a brief in opposition to defendants' motion for summary judgment. (Doc. 46). Defendants' reply brief was due on or before July 1, 2019. See L.R. 7.7. Defendants filed their reply brief on July 1, 2019. (Doc. 48).