# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER YOUNG,** | : | CIVIL NO. 1:18-CV-879 |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **TAMMY FERGUSON,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of March, 2020, upon consideration of plaintiff's motion (Doc. 26) for summary judgment and defendants' cross-motion (Doc. 33) for summary judgment, and in accordance with the memorandum issued this date, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 26) is DENIED.

2. Defendants' motion (Doc. 33) is GRANTED.

3. The Clerk of Court is directed to ENTER judgment in favor of defendants Tammy Ferguson, Daniel Myers, Bobbi Jo Salamon, Jennifer Rossman, Stefan Stessney, and David Link.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania