# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER YOUNG,** | : | **CIVIL NO. 1:18-CV-879** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **TAMMY FERGUSON,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

AND NOW, this 16th day of April, 2020, upon consideration of defendants'

motion (Doc. 59) to dismiss, and in accordance with the memorandum issued this

date, it is hereby ORDERED that:

1. The motion (Doc. 59) is GRANTED.

2. Plaintiff's motion (Doc. 63) for enlargement of time is DISMISSED as moot.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania